# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 18-1149**                                    **September Term, 2025**

**EPA-83FR13745**
**EPA-85FR74890**
**EPA-86FR57585**
**EPA-90FR34206**

**Filed On:** December 4, 2025

Environmental Defense Fund, et al.,

      Petitioners

    v.

Environmental Protection Agency and Lee M.
Zeldin,

      Respondents

-----------------------------

Air Permitting Forum, et al.,
          Intervenors
-----------------------------

Consolidated with 21-1033, 21-1039,
21-1259, 25-1176

## O R D E R

     Upon consideration of the stipulated motion to voluntarily dismiss appeal No. 21-1033, and the motion of the National Environmental Development Association's Clean Air Project (NEDA/CAP) to withdraw as respondent-intervenor; and it appearing that the Commonwealth of Pennsylvania is no longer participating as a petitioner in No. 21-1033, it is

     **ORDERED** that the motions be granted.  No. 21-1033 is hereby dismissed.  It is

     **FURTHER ORDERED** that the consolidation of No. 21-1033 with No. 18-1149, et al., be terminated.  It is

     **FURTHER ORDERED** that the Clerk note the docket to reflect the withdrawal of NEDA/CAP as an intervenor in these consolidated cases.

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 18-1149**                    **September Term, 2025**

The Clerk is directed to issue forthwith the mandate in No. 21-1033.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
       Emily Campbell
       Deputy Clerk