# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 18-1149**                    **September Term, 2025**

**EPA-90FR34206**
**EPA-86FR57585**
**EPA-85FR74890**
**EPA-83FR13745**

**Filed On: April 29, 2026** [2171085]

Environmental Defense Fund, et al.,

      Petitioners

    v.

Environmental Protection Agency and Lee
M. Zeldin,

      Respondents

------------------------------

Air Permitting Forum, et al.,
      Intervenors

------------------------------

Consolidated with 21-1039, 21-1259,
25-1176

## O R D E R

Upon consideration of respondent-intervenors' unopposed motion to divide oral argument, it is

**ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for May 8, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioners | - | 15 Minutes |
| Respondents | - | 10 Minutes |
| Respondent-Intervenors | - | 5 Minutes |

The panel considering these cases will consist of Circuit Judges Henderson, Walker, and Garcia.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by May 1, 2026.

### Per Curiam

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:    /s/
        Michael C. McGrail
        Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)